United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID T. MOORE, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. H-20-2048 |
| BRYAN COLLIER, *et al.*, | § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 16th day of June, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE